**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

NOV -8 P 1: 45



*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -



Of Larchmont Park, LA county.

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

### I.    Parties in this complaint:

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name
             Street Address
             County, City
             State & Zip Code
             Telephone Number

SEE SDNY

21-CV-5586

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name _____

*JACOMIE*

Street Address _____

County, City _____

*BEARDSLEY*

State & Zip Code _____

Defendant No. 2        Name _____

*of    LARCHMONT*

Street Address _____

County, City _____

State & Zip Code _____

*PARK, LA, CA*

Defendant No. 3        Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4        Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions            ☑ Diversity of Citizenship

☐ U.S. Government Plaintiff       ☑ U.S. Government Defendant

*TX. N.D
See 18-cv-2781 (N)(BT
)*

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

*§ 1985 Conspiracy to deprive Civil Rights and interfere w/ State Action.*

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _ARIZONA_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

WHEN JUPITER/MERCURY STATIONED DIRECT a couple weeks ago.

C.    Facts: _____

[boxed margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

JAIME HAS CLAUDIA ASKED ME NOW. COME PICK it UP. NOW REFUSING. TO JP. NEED ORDER / PROTECTION

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

HAND

GREATER THAN GARDEN VARIETY MENTAL SUFFERING

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

"... the appropriate remedy is a humble prayer to all the Holy Mother of our Lord Jesus Christ — the Supreme Justice."

See 18-cv-2781 (N)(BT) Doc 60 pg 40/188 (marked page 13)

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this____day of____Nov._____, 20 21.

Signature of Plaintiff_____

Mailing Address  C/o Reason Logic & Law

151 1st Ave, 270

New York, NY 10003

Telephone Number  (202) 643 - 3LAW

Fax Number *(if you have one)*_____

E-mail Address  reasonlogiclaw @ gmail.com

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff:_____

11/8/21

- 5 -

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

CHAVEZ :

　　　　Plaintiff,　　　　　　:　　　Civil Action No.

　　　　v.　　　　　　　　　　:　　　NOTICE OF MOTION

BEARDSLEY :

　　　　Defendant.　　　　　　:

PLEASE TAKE NOTICE    CHAVEZ
　　　　　　　　　　　　　　　(Name of Moving Party)

will move before the Honorable    ARLED    , U.S.D.J. on

11/8/21

(Motion days are the 1st and 3rd Monday of each month)

for an Order    of Protection — Violin Restoration
　　　　　　　　(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

JUAN P. CHAVEZ
Name
c/o R, L & L
151 1st Ave, 270
New York NY 10003
Address

Date:    11/8/21

## CERTIFICATION OF SERVICE

I, _____CHAVEZ_____, certify that a copy of my motion was served
(Name of Moving Party)

by _____HAND_____ on __11 9 21__ upon: All parties
(Mail, Personal Service, etc.)          (Date)      "Appearing".

BEARDSLEY , JAMIE
(Name of Opposing Party)

LARCHMONT
PARK
(Address of Opposing Party)

_____
Name (Signature)